# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alexis Omar RINCON-Gastelum (1),<br>Bertha VEGA-Villa (2),<br><br>Defendants. | Magistrate Case No.: 21MJ8610<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)<br>Bringing In Illegal Aliens Without<br>Presentation (Felony) |

The undersigned complainant being duly sworn states:

On or about July 19, 2021, within the Southern District of California, defendants, Alexis Omar RINCON-Gastelum and Bertha VEGA-Villa, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact the aliens: Selene CARDENAS-Barreto and Jeimy PADILLA-Aguilar, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to a Customs and Border Protection Officer at the designated Port of Entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Margarita Carter, Enforcement Officer
United States Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st day of July, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alexis Omar RINCON-Gastelum
Bertha VEGA-Villa

## STATEMENT OF FACTS

The complainant states this complaint is based upon the reports of the apprehending officers and the investigation conducted by Customs and Border Protection Officer (CBP) Enforcement Officer Margarita Carter that defendants, Alexis Omar RINCON-Gastelum (RINCON) and Bertha VEGA-Villa (VEGA), were arrested at the Calexico, California East Port of Entry on July 19, 2021.

On July 19, 2021, at approximately 9:00 p.m., RINCON and VEGA applied for admission into the United States at the Calexico, California West Port of Entry through vehicle primary lanes. RINCON was the driver of a green Chevy Cobalt sedan accompanied by VEGA in the front passenger seat. Upon inspection before United States Customs and Border Protection (CBP) Officer Preal, RINCON presented a United States Birth Certificate bearing the name J.C.O.M., as his entry document and stated he a United States citizen going to Calexico, California. RINCON also presented a California Identification card bearing the name A.M.P. for VEGA, who he stated was his grandmother. CBP Officer Preal questioned RINCON and VEGA regarding their past travel and noticed it did not match the results received from the CBP computer database. When asked for additional identification from RINCON and VEGA, both stated to CBP Officer Preal they did not have any other identification. CBP Officer Preal preceded to inspect the trunk, at which time she discovered the lock had been damaged and the trunk

3

could not open. CBP Officer Preal suspected RINCON and VEGA were making a false claim to United States citizenship and opted to escort RINCON, VEGA, and the vehicle to Vehicle Secondary for further inspection.

While en route to Vehicle Secondary, CBP Officer Preal direct the vehicle to the Z-Portal Imaging Scanner for inspection. After scanning and reviewing the Z-Portal image, CBP Officer Duran observed two human bodies concealed in the trunk area of the vehicle. CBP Officers immediately attempted to access the trunk but were not able to because the trunk lock was damaged. CBP Officers removed the backseat and discovered Selene CARDENAS-Barreto (CARDENAS) and Jeimy PADILLA-Aguilar (PADILLA) laying down inside the trunk shaking and breathing rapidly and sweating profusely. CBP Officers immediately extracted CARDENAS and PADILLA from the trunk and observed both were visibly weak and unable to stand or walk on their own. While exiting the vehicle CARDENAS and PADILLA fainted, at which time CBP Officers rendered medical attention and requested 911 Emergency services. CARDENAS and PADILLA were transported to the El Centro Regional Hospital for medical treatment. RINCON and VEGA were detained and escorted into the Vehicle Secondary Office for further disposition.

RINCON was placed under arrest and advised of his Miranda rights which he stated he understood and agreed to answer questions without an attorney present. RINCON admitted he was the driver of the vehicle transporting the two undocumented females hidden in the trunk of the vehicle and VEGA was in the passenger seat. RINCON stated he was hired by a smuggler named "Alberto" to smuggle undocumented people into the

4

United States from Mexico. RINCON stated "Alberto" offered him $2,000.00 United States dollars to drive the vehicle through the Calexico Port of Entry with the undocumented females concealed in the trunk. RINCON stated "Alberto" also provided him with fraudulent entry documents to use as his own because he did not have legal documents to enter the United States. RINCON admitted this was his first time attempting to smuggle someone across the International Border. RINCON stated he and VEGA were aware the two undocumented females were in the trunk of the vehicle while waiting in line to make the illegal entry into the United States. RINCON stated the line at the border was very long and vehicle was very hot because he did not have air conditioning. RINCON stated he worried a bit about the two females in the trunk because they did not appear to look good and they were sweating profusely. RINCON stated while in line at the border he placed the back seat down, so air would circulate into the trunk area. RINCON stated once in the United States he was to receive a call from "Alberto" and "Alberto" would provide them (RINCON and VEGA) with instructions on where to drop off the vehicle with the undocumented people. RINCON stated he knew it was illegal to smuggle someone in the manner he attempted, but he did it because he needed money to support his family.

Material Witness CARDENAS stated that she is a citizen of Mexico with no legal documents to enter the United States. CARDENAS stated her husband made arrangements with unknown smugglers for her to be smuggled into the United States. CARDENAS stated her husband was going to pay a smuggling fee of $10,000.00 U.S. dollars to the smuggler once successful in her illegal attempt. CARDENAS stated today she taken to an

5

unknown location where the vehicle was parked, and RINCON was standing near with other unknown people. CARDENAS stated that shortly thereafter, VEGA was dropped off at the same location. CARDENAS stated she was instructed to get into the trunk and be quiet. CARDENAS stated she remained inside the trunk for approximately one (1) hour before being discovered by the CBP Officers. CARDENAS stated it was very hot and difficult to breath and she thought she was going to die. CARDENAS stated she started to convulse, feel weak and she fainted when she was removed from the trunk. CARDENAS stated if successful in her illegal attempt she would travel to Los Angeles, California to reunite with her husband and son who were smuggled two days ago.

Material Witness PADILLA stated that she is a citizen of Honduras with no legal documents to enter the United States. PADILLA stated she met unknown smugglers in Tijuana and made arrangements with them to be smuggled into the United States. PADILLA stated her brother was going to pay a smuggling fee of $8,000.00 U.S. dollars to the smuggler once successful in her illegal attempt. PADILLA stated she traveled to Mexicali, Mexico by bus and met by the unknown smuggler. PADILLA stated she was driven to an open field area where the vehicle was parked. PADILLA stated she was instructed to get into the trunk and not say anything. PADILLA stated she remained inside the trunk for approximately one (1) hour before being discovered by the CBP Officers. PADILLA stated it was very hot, difficult to breath and she was sweating profusely. PADILLA stated when she was removed from the trunk, she was exhausted, nauseated and fainted. PADILLA stated if successful in her illegal attempt she would travel to Los Angeles, California to reside with her brother and seek employment.

The complainant states the name of the Material Witness are as followed:

| **NAME** | **COUNTRY OF BIRTH** |
|---|---|
| Selene CARDENAS-Barreto | Mexico |
| Jeimy PADILLA-Aguilar | Honduras |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.